JORGE GUTIERREZ, on behalf of himself and
those similarly situated,

     Plaintiff,

vs.

CINEMEX USA REAL ESTATE HOLDINGS,
INC. d/b/a CMX BRICKELL, CINEMEX
HOLDINGS USA, INC., CINEMEX USA
ENTERPRISES, INC., and LUIS
CASTELAZO,

     Defendants.

_____/

## ORDER GRANTING JOINT MOTION FOR SETTLEMENT APPROVAL

THIS CAUSE has come before the Court upon the Parties' Joint Motion to Approve
Non-Compromised FLSA Settlement, and the Court has reviewed the Parties' Motion, settlement
agreement and the Court file.

This case involves claims for unpaid minimum and overtime wage compensation under
the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq* ("FLSA"). In reviewing a settlement of an
FLSA private claim, a court must "scrutiniz[e] the settlement for fairness," and determine that
the settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions."
*Lynn Food Stores v. United States*, 679 F.2d 1350, 1`352-53 (11th Cir. 1982). A settlement
entered into in an adversarial context where both sides are represented by counsel throughout
litigation "is more likely to reflect a reasonable compromise of disputed issues." *Id.* The district

1

court may approve the settlement in order to promote the policy of encouraging settlement of litigation. *Id.*, at 1354.

All Parties have been represented by counsel during the negotiation process and the Parties agree, based on the scope of the claims, the disputed legal and factual issues relating to their claims and defenses, and the costs of continued litigation, that the settlement represents a fair and reasonable resolution of Plaintiff's claims.

The Court has heard from counsel has reviewed the terms of the Settlement Agreement including the amount to be received by Plaintiff and the attorney's fees and costs to be received by counsel and finds that the settlement reached by the parties is fair and reasonable. Accordingly, it is **ORDERED** and **ADJUDGED**:

1. That the Parties' Settlement Agreement is **APPROVED**.

2. The case is dismissed with prejudice.

3. This Court retains jurisdiction ~~for thirty (30) days~~ until July 6, 2018 to enforce the terms of the Parties' settlement.

**DONE AND ORDERED** in Miami, Miami-Dade County, Florida this 18 day of May, 2018.

_____
**HONORABLE JOHN J. O'SULLIVAN**
**UNITED STATES MAGISTRATE JUDGE**

cc: Counsel of Record

2